UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GORDON FLOWERS, on Behalf of Himself and others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.<br><br>Defendant. | CASE NO. 1:24-CV-07086-ENV-JAM |

## UNITED PARCEL SERVICE, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant United Parcel Service, Inc. ("UPS") states:

Defendant UPS is a Delaware corporation, is publicly traded, and has no parent corporation.  No public corporation owns 10% or more of UPS's stock.

Dated:  November 1, 2024                    MORRISON & FOERSTER LLP


By:   /s/ *Jessica Kaufman*
            Jessica Kaufman

            Attorneys for UNITED PARCEL
            SERVICE, INC.

ny-2815362