**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| GORDON FLOWERS, *et al.* on Behalf of Himself and Others Similarly Situated, <br><br> Plaintiffs, <br><br> -against- <br><br> UNITED PARCEL SERVICE, INC., <br><br> Defendant. | No. 24-cv-07086 (ENV) (JAM) <br><br> **NOTICE OF MOTION TO COMPEL ARBITRATION AND TO DISMISS THE AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that Defendant United Parcel Service, Inc., by and through its counsel, Morrison & Foerster LLP, will, and hereby does, move this Court, before the Honorable Eric Vitaliano, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, for an Order compelling certain Plaintiffs to arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, and Federal Rule of Civil Procedure 12(b)(1), and for an Order dismissing the Amended Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that Plaintiffs' claims are preempted by federal law under the Federal Aviation Administration Authorization Act (49 U.S.C. § 14501(c)(1)) and, independently, the Carmack Amendment to the Interstate Commerce Act (49 U.S.C. § 14706).  This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Law in Support of Defendant's Motion to Compel Arbitration and to Dismiss the Amended Complaint, the Declaration of Glenn King in Support of Defendant's Motion to Compel Arbitration and to Dismiss the Amended Complaint, and any other written or oral argument presented to the Court in the above-captioned action.

ny-2944711

## <u>REQUEST FOR ORAL ARGUMENT</u>

Pursuant to Rule III.G of Judge Vitaliano's Individual Motion Practice and Rules,

Defendant requests oral argument on its Motion to Compel Arbitration and to Dismiss the

Amended Complaint.

Dated: May 8, 2025          */s/ Jessica Kaufman*
                           MORRISON & FOERSTER LLP
                           Jessica Kaufman
                           Tiffani B. Figueroa
                           250 West 55th Street
                           New York NY 10019
                           Telephone: (212) 468-8000
                           Email:   JKaufman@mofo.com
                                    TFigueroa@mofo.com


                           *Counsel for Defendant*

3

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Rule III.D of Judge Vitaliano's Individual Motion Practice and Rules, and pursuant to the Minute Order of the Court dated March 24, 2025, I hereby certify that on this 8th day of May, 2025, I caused to be served a true and correct copy of the foregoing document to Plaintiffs' counsel of record via electronic mail, which shall be filed through ECF alongside the fully briefed motion by June 26, 2025.

*/s/ Jessica Kaufman*
Jessica Kaufman