**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

GORDON FLOWERS, et al. on Behalf of Himself and Others Similarly Situated,

Plaintiffs,

-against-

UNITED PARCEL SERVICE, INC.,

Defendant.

No. 24-cv-07086 (ENV) (JAM)

Honorable Eric N. Vitaliano

**DECLARATION OF GLENN KING IN SUPPORT OF DEFENDANT UNITED PARCEL SERVICE, INC.'S MOTION TO COMPEL ARBITRATION AND TO DISMISS THE AMENDED COMPLAINT**

I, Glenn King, declare as follows:

1. I am employed by United Parcel Service, Inc. ("UPS") as a Senior Marketing Manager in UPS's Customer Technology Marketing group, a position I have held since May 2016. I have been employed by UPS for 36 years. In my capacity as Senior Marketing Manager, my duties generally include responsibility for the UPS My Choice® service from a marketing and user experience standpoint. I am familiar with the UPS My Choice service, with the user interfaces that members use online or in UPS's mobile application, and with the UPS My Choice Service Terms.

2. Unless otherwise noted, I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify under oath to the matter set forth herein. I submit this declaration in support of UPS's Motion to Compel Arbitration and to Dismiss the Amended Complaint, specifically in support of UPS's request to compel arbitration as to certain Plaintiffs.

ny-2919228

3.      I have reviewed the Amended Complaint in this action and understand that Plaintiffs are challenging UPS's delivery service at Park Hill and Fox Hill Apartments as racially discriminatory because, instead of delivering packages directly to the apartment buildings, UPS requires residents to pick up their packages from the UPS truck at a predetermined time. (Am. Compl. ¶¶ 6, 30.)  I understand that all of the Plaintiffs currently reside in the aforesaid apartment buildings located on Staten Island, New York. (*Id.* ¶¶ 12–18.)

### Overview of UPS My Choice Service and Membership

4.      UPS My Choice is a UPS service that gives customers who enroll, known as "members," more flexibility and control over packages that UPS delivers to them. A UPS My Choice member may receive alerts from UPS regarding packages scheduled for delivery to the address associated with the membership, reschedule home deliveries to a different day, or redirect packages to a more convenient location, such as the UPS My Choice member's place of work or a nearby UPS Access Point, where packages can be picked up at their convenience. Membership in UPS My Choice is optional and enrollment is free, unless the member elects to enroll in a premium membership.

5.      UPS maintains records of UPS My Choice members, including the date a member enrolled in the service. According to UPS's records, there are UPS My Choice memberships associated with the names Gordon Flowers, Madeline Brown, and Aminat Fakunle, and the addresses of the Park Hill and Fox Hill buildings identified in the Amended Complaint.

6.      Users can enroll in UPS My Choice three different ways: through UPS's desktop website, through the mobile website, or via the UPS mobile application. Regardless of how a person enrolls in UPS My Choice, the user must select a checkbox and click a button to indicate agreement to the UPS My Choice Terms and Conditions ("UPS My Choice Terms") in order to

-2-

become a UPS My Choice member.  While the user interface during enrollment can vary slightly depending on the method and time of enrollment, each method of enrollment is designed to present the UPS My Choice Terms via a hyperlink next to a checkbox to obtain assent.  A user cannot complete enrollment without checking the box to accept the UPS My Choice Terms regarding use of the service.

7.      Attached hereto as Exhibit A is a true and correct copy of the UPS My Choice Terms effective July 13, 2015.  The July 13, 2015 version of the UPS My Choice Service Terms was in effect when Ms. Brown, Mr. Flowers, and Ms. Fakunle enrolled in UPS My Choice.

8.      The UPS My Choice Terms incorporate the UPS Tariff/Terms and Conditions of Service ("UPS Tariff/Terms").  The UPS Tariff/Terms contain an arbitration clause requiring arbitration of any disputes "arising out of or related to the provision of services by UPS." Although UPS updates the UPS Tariff/Terms from time to time, the arbitration provision remained substantially the same when Ms. Brown, Mr. Flowers, and Ms. Fakunle enrolled in UPS My Choice.

9.      A true and correct copy of the UPS Tariff/Terms effective September 23, 2019 is attached hereto as Exhibit B.  These UPS Tariff/Terms were in effect when Ms. Brown enrolled in UPS My Choice in November 2019.

10.     A true and correct copy of the UPS Tariff/Terms effective December 29, 2019 is attached hereto as Exhibit C.  These UPS Tariff/Terms were in effect when Ms. Fakunle and Mr. Flowers enrolled in UPS My Choice in May and June 2020.

11.     Based on the type of UPS My Choice memberships that UPS's records show for Ms. Brown, Mr. Flowers, and Ms. Fakunle, each of these individuals necessarily had to agree to

the UPS My Choice Terms because it was not possible for them to complete enrollment without

first checking a box indicating that they accepted the UPS My Choice Terms.

### Ms. Brown's Enrollment in UPS My Choice

12.     According to UPS's records, there is a UPS My Choice member named Madeline

Brown whose membership is associated with the address ███████████████████████

███████████████ , which is an address at Fox Hill Apartments, according to the

Amended Complaint.  UPS's records indicate that Ms. Brown enrolled in UPS My Choice on

November 5, 2019, using the User ID ████████

13.     For members who enrolled in UPS My Choice via UPS's *desktop website* in

November 2019, when Ms. Brown enrolled, a prospective member was first required to provide

identifying information, including name, email, and the residential address that they wished to

associate with the membership; and create or provide an existing user ID and password.

14.     After providing this information, and in order to complete enrollment, the

potential member had to check a box, indicating agreement to the UPS My Choice Terms.  A

hyperlink to review the UPS My Choice Terms was included in contrasting blue, bolded text.

UPS records show that for members enrolling in UPS My Choice via UPS's desktop website in

February 2018, this portion of the enrollment screen appeared as follows:

-4-



15.    The screenshot above was available from a screen capture taken in February 2018, but the enrollment screen during November 2019, when Ms. Brown enrolled in UPS My Choice, would not have been materially different from the layout in the February 2018 screenshot, which is also consistent with the enrollment screen following January 2020, discussed below.  Both the February 2018 and post-January 2020 screenshots display a checkbox to indicate acceptance of the UPS My Choice Terms, a hyperlink to those terms, and language confirming that members enrolling are agreeing to the UPS My Choice Terms.

16.    Members enrolling in the UPS My Choice service via UPS's *mobile website* in November 2019 would have followed a similar flow described above, which required them to check a box noting their acceptance of the UPS My Choice Terms (which included a hyperlink) before they could continue with their enrollment.  Based on my review of records kept in the ordinary course of UPS's business, the text from the pertinent portion of the enrollment screen above was similar for users enrolling in UPS My Choice through UPS's mobile website in November 2019 and the layout of the checkbox and text shown on the mobile website would have looked substantially similar to the desktop screen depicted above (*i.e.*, with a checkbox

ny-2919228

positioned next to a button that was required to be selected in order to proceed with the enrollment).

17.    A prospective UPS My Choice member could navigate to a copy of the UPS My Choice Service Terms by clicking on the blue "Download the UPS My Choice Service Terms" link.

18.    To enroll through the *UPS App*, a prospective member first had to provide identifying information, including name, email, and the residential address that they wished to associate with the membership, and had to create or provide an existing user ID and password. After providing this information, and in order to complete enrollment, the potential member had to check a box, indicating agreement to the UPS My Choice Terms.  A hyperlink to review the UPS My Choice Terms was included.  For members enrolling in UPS My Choice via the UPS App in November 2019, this portion of the enrollment screen appeared similar to the screen from February 2018 that follows.  As above, this screenshot was available from a screen capture taken in February 2018, but the enrollment screen during November 2019 would not have been materially different:

-6-



19.     The user had to select the box indicating that the user agreed to the UPS Technology Agreement and UPS My Choice Terms in order to proceed with enrollment (the screenshot above was taken after a user checked the box).  If a prospective UPS My Choice member clicked on the blue "UPS My Choice Service Terms" link, a copy of the UPS My Choice Terms opened in a separate browser window on the user's device.

**Ms. Fakunle's and Mr. Flowers' Enrollment in UPS My Choice**

20.     According to UPS's records there is a UPS My Choice member named Aminat Fakunle whose membership is associated with the address ████████████████████ ████████████████████, which is an address at Fox Hill Apartments, according to the Amended Complaint.  UPS's records indicate that Ms. Fakunle enrolled in UPS My Choice on May 23, 2020, using the User ID ████████████

-7-

21.     According to UPS's records there is a UPS My Choice member named Gordon Flowers whose membership is associated with the address ███████████████ ████████████████, which is an address at Fox Hill Apartments, according to the Amended Complaint.  UPS's records indicate that Mr. Flowers enrolled in UPS My Choice on June 11, 2020, using the User ID ████████.

22.     Although UPS from time to time updates the exact layout of its UPS My Choice user interface, it remained functionally the same when Ms. Fakunle and Mr. Flowers enrolled, compared to when Ms. Brown enrolled.

23.     For members enrolling in UPS My Choice via UPS's *desktop website* in May and June 2020, when Ms. Fakunle and Mr. Flowers enrolled, a prospective member followed a similar process to that explained above.  The prospective member first had to provide identifying information, including name, email, phone number, and the residential address that they wished to associate with the membership, and had to create or provide an existing user ID and password.

24.     UPS updated the user interface for enrollment in UPS My Choice via UPS's desktop website following January 2020.  The portion of the desktop enrollment screen requiring the input of identifying information appeared as follows, and I'm not aware of any changes to the interface between then and May and June 2020, when Ms. Fakunle and Mr. Flowers enrolled in UPS My Choice:

ny-2919228



25.     After providing this information, and in order to complete enrollment, the potential member had to check a box, indicating agreement to the UPS My Choice Terms and the UPS Technology Agreement.  Links to review both terms were included, as indicated with contrasting blue and underlined text.  Based on the change to the user interface following January 2020, this portion of the desktop enrollment screen appeared as follows, and I'm not aware of any changes to the interface between then and May and June 2020, when Ms. Fakunle and Mr. Flowers enrolled in UPS My Choice:

ny-2919228



26.    Members enrolling in the UPS My Choice service via UPS's *mobile website* in May and June 2020 were required to follow the same flow described above and also were required to check a box noting their acceptance of the UPS My Choice Terms (which included a hyperlink) before they could continue with their enrollment.  Based on my review of records kept in the ordinary course of UPS's business, the text from the pertinent portion of the enrollment screen above was similar for users enrolling in UPS My Choice through UPS's mobile website in May and June 2020, and the layout of the checkbox and text shown on the mobile website looked substantially similar to the desktop screen depicted above (*i.e.*, with a checkbox positioned near a button that was required to be selected in order to proceed with the enrollment).

27.    A prospective UPS My Choice member could navigate to a copy of the UPS My Choice Terms by clicking on the blue hyperlink "UPS My Choice Terms of Use."

28.    To enroll through the *UPS App* during May and June 2020, a prospective member similarly took the steps described earlier.  A prospective member first had to provide identifying information, including name, e-mail, and the residential address that they wished to associate with the membership, and had to create or provide an existing user ID and password.  After providing this information, and in order to complete enrollment, the potential member had to check a box, indicating agreement to the UPS My Choice Terms.  A hyperlink to review the UPS My Choice Terms was included.  For members enrolling in UPS My Choice via the UPS App in May and June 2020, this portion of the enrollment screen appeared similar to the screen from February 2018 that follows.  As above, this screenshot was available from a screen capture taken

-10-

ny-2919228

in February 2018, but the enrollment screen during May and June 2020 would not have been materially different:



29.    The user had to select the box indicating that the user agreed to the UPS Technology Agreement and UPS My Choice Terms in order to proceed with enrollment (the screenshot above was taken after a user checked the box).  If a prospective UPS My Choice member clicked on the blue "UPS My Choice Service Terms" link, a copy of the UPS My Choice Terms opened in a separate browser window on the user's device.

-11-

**Accessing the UPS My Choice Terms and Relevant Language from Governing Terms Paragraph and UPS Tariff/Terms**

30.     As mentioned above, the UPS My Choice Terms were hyperlinked from each available enrollment interface when Ms. Brown, Ms. Fakunle, and Mr. Flowers enrolled.

31.     If a prospective UPS My Choice member clicked on the blue "UPS My Choice Service Terms" hyperlink from the November 2019 enrollment page, or the blue "UPS My Choice Terms of Use" hyperlink from the May and June 2020 enrollment pages, a copy of the UPS My Choice Terms was provided and opened in a separate browser window on the user's device.

32.     In addition, when Ms. Brown, Ms. Fakunle, and Mr. Flowers enrolled, the UPS My Choice Terms were available via a "Service Terms and Conditions" link at the bottom of UPS's website at ups.com.  The UPS Tariff/Terms, which were incorporated into the UPS My Choice Terms by reference, were available via the same "Service Terms and Conditions" link.

33.     The first paragraph of the UPS My Choice Service Terms is titled, in bolded text, "**Governing Terms**."  (Ex. A.)  The Governing Terms paragraph reads:

> **(1) Governing Terms**.  These Service Terms ("Terms") govern your use of UPS My Choice services (the "Service"). Except as modified by these Terms, the UPS Tariff/Terms and Conditions of Service ("UPS Tariff"), the UPS Rate and Service Guide ("UPS Guide) and the description of the Service available at ups.com/mychoice in effect at the time of service (all of which are subject to change without notice) govern the Service, and are expressly incorporated here by this reference. The most current and controlling versions of the UPS Tariff and the UPS Guide are published at ups.com and are accessible via http://www.ups.com/content/us/en/resources/ship/terms/service.html (UPS Tariff) and http://www.ups.com/content/us/en/shipping/cost/zones/index.html (UPS Guide). The UPS Tariff includes an Agreement to Arbitrate Claims, providing for binding arbitration of claims on an individual basis (except as otherwise provided). The Agreement to Arbitrate Claims contained in the UPS Tariff can be viewed by

-12-

ny-2919228

clicking the link to the UPS Tariff above and also is available at http://www.ups.com/content/us/en/resources/ship/terms/claims-legal-action.html. You expressly acknowledge having reviewed, understood and agreed to the UPS Tariff and the UPS Guide and accept their application. In the case of a conflict between the terms of the UPS Tariff or the UPS Guide on the one hand, and these Terms on the other, these Terms shall control as to the Service. By using the Service, you agree to these Terms.

(Ex. A.)

34. The Governing Terms paragraph at the time Ms. Brown, Ms. Fakunle, and Mr. Flowers signed up for UPS My Choice contained a hyperlink to the UPS Tariff/Terms in effect at the time of enrollment.

35. Section 55 of the UPS Tariff/Terms was titled "Claims and Legal Actions: Individual Binding Arbitration of Claims" and bolded in the original. (Ex. B; Ex. C.) Section 55 remained unchanged from the September 23, 2019 version of the UPS Tariff/Terms accessible to Ms. Brown to the December 29, 2019 version of the UPS Tariff/Terms accessible to Ms. Fakunle and Mr. Flowers. In relevant part, Section 55 provided:

> **Agreement to Arbitrate Claims. Claimant and UPS agree that, except for disputes that qualify for state courts of limited jurisdiction (such as small claims, justice of the peace, magistrate court, and similar courts with monetary limits of less than $30,000 on their jurisdictions over civil disputes), any controversy or claim, whether at law or equity, arising out of or related to the provision of services by UPS, regardless of the date of accrual of such dispute, shall be resolved in its entirety by individual (not class-wide nor collective) binding arbitration.**

(Ex. B, Ex. C, § 55.)

36. The UPS Tariff/Terms stated that "Claimant" is "any person asserting any claim in any forum for legal or equitable relief . . . arising out of or related to the provision of services by UPS." (*Id*. § 2.) The UPS Tariff/Terms further stated in bolded type that "**Claimant and UPS are each waiving the right to trial by jury.**" (*Id*. § 55.)

-13-

ny-2919228

37.    Section 55 of the UPS Tariff/Terms also contained the following language, all capitalized:

– CLAIMANT AND UPS AGREE THAT WE ARE WAIVING THE RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST CLAIMANT, UPS OR RELATED THIRD PARTIES;

– CLAIMANT AND UPS AGREE THAT WE ARE WAIVING THE RIGHT TO HAVE A COURT, OTHER THAN A STATE COURT OF LIMITED JURISDICTION AS DEFINED ABOVE, RESOLVE ANY DISPUTE ALLEGED AGAINST CLAIMANT, UPS OR RELATED THIRD PARTIES;

– CLAIMANT AND UPS AGREE THAT WE ARE WAIVING THE RIGHT TO HAVE A COURT REVIEW ANY DECISION OR AWARD OF AN ARBITRATOR, WHETHER INTERIM OR FINAL, EXCEPT FOR APPEALS BASED ON THOSE GROUNDS FOR VACATUR EXPRESSLY SET FORTH IN SECTION 10 OF THE FEDERAL ARBITRATION ACT.

– CLAIMANT AND UPS AGREE THAT WE ARE WAIVING THE RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, JOIN AS A CLASS MEMBER, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS IN ANY CLASS, MASS, CONSOLIDATED OR COMBINED ACTION OR ARBITRATION FILED AGAINST CLAIMANT, UPS AND/ OR RELATED THIRD PARTIES.

(*Id.*)

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on May 8, 2025
in Atlanta, Georgia

By: _____
GLENN KING

-14-

**CERTIFICATE OF SERVICE**

Pursuant to Rule III.D of Judge Vitaliano's Individual Motion Practice and Rules, and pursuant to the Minute Order of the Court dated March 24, 2025, I hereby certify that on this 8th day of May, 2025, I caused to be served a true and correct copy of the foregoing document to Plaintiffs' counsel of record via electronic mail, which shall be filed through ECF alongside the fully briefed motion by June 26, 2025.

Dated: May 8, 2025

/s/ *Jessica Kaufman*
Jessica Kaufman

-15-