**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| GORDON FLOWERS, *et al.* on Behalf of Himself and Others Similarly Situated, <br><br> Plaintiffs, <br><br> -against- <br><br> UNITED PARCEL SERVICE, INC., <br><br> Defendant. | No. 24-cv-07086 (ENV) (JAM) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO DISMISS THE AMENDED COMPLAINT** |

The Court, having considered the parties' submissions and arguments in connection with Defendant United Parcel Service, Inc.'s ("UPS") Motion to Compel Arbitration and to Dismiss the Amended Complaint, **GRANTS** UPS's Motion as follows:

The Court hereby compels Plaintiffs Gordon Flowers, Madeline Brown, and Aminat Fakunle to submit to binding arbitration of their claims on an individual (non-class) basis in Richmond County, New York, before the American Arbitration Association, and hereby **STAYS** all proceedings as to their claims pending completion of arbitration.

Further, the Court hereby **DISMISSES** the remainder of the Amended Complaint, in its entirety, with prejudice, as the claims are preempted by federal law.

**IT IS SO ORDERED** and **DECREED.**

Dated: _____     _____

                                                    Honorable Eric Vitaliano
                                                    United States District Court Judge