**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GORDON FLOWERS, et al. on Behalf of Themselves and Others Similarly Situated, <br><br> Plaintiffs, <br><br> -against- <br><br> UNITED PARCEL SERVICE, INC., <br><br> Defendant. | No. 24-cv-07086 (ENV) (JAM) <br><br> Honorable Eric N. Vitaliano <br><br> Honorable Joseph A. Marutollo |

<u>**DECLARATION OF SHALIN SHAH IN SUPPORT OF**</u>
<u>**UNITED PARCEL SERVICE, INC.'S MOTION TO SEAL**</u>

I, Shalin Shah, state and declare as follows:

1.    I have been employed by United Parcel Service, Inc. ("UPS") for approximately five years. My current position, which I have held for over three years, is Vice President Digital Channels. In my capacity as Vice President Digital Channels, my duties generally include program management for UPS web shipping applications, including internet shipping at ups.com.

2.    I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify under oath to the matters set forth herein.

3.    In connection with the Court's Order dated December 1, 2025, I submitted a declaration containing supporting information to demonstrate that Plaintiffs Gordon Flowers, Madeline Brown, and Aminat Fakunle are UPS My Choice members (the "Supplemental Declaration"), as relevant to UPS's Motion to Compel Arbitration and to Dismiss the Amended Complaint.

4.    The Supplemental Declaration contains Plaintiffs' personally identifiable information, including their addresses, UPS My Choice usernames, and email addresses. This

information should remain sealed from public access due to the significant privacy interests at stake and the risk that public disclosure of such information could expose the Plaintiffs to misuse of their personal data.

5.      The Supplemental Declaration also contains screenshots from internal UPS records that reflect proprietary account data, tracking systems, account-verification details, and other non-public operational information.  This information should remain sealed from public access because its disclosure could compromise UPS's internal processes and security protocols and reveal competitively sensitive material that could result in misuse by competitors.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  Executed on December 2, 2025, in Atlanta, Georgia.

_____
SHALIN SHAH