# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG
VASUDHA TALLA

CLAIRE Z. ABBADI
ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
BIANCA HERLITZ-FERGUSON
LAURA S. KOKOTAILO
SONYA LEVITOVA
HAFSA S. MANSOOR
SANA MAYAT
DANIEL A. PEÑA
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

December 5, 2025

*Via ECF*

Hon. Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Flowers v. United Parcel Service, Inc.*, 24-cv-07086-ENV-JAM

Dear Judge Marutollo:

For the putative class, and together with Vladeck, Raskin & Clark, P.C., we write in response to the Court's December 1, 2025 Order and the declaration of Shalin Shah filed by Defendant United Parcel Service, Inc. ("UPS") on December 2, 2025.

After reviewing the declaration of Shalin Shah, Plaintiffs do not dispute that Mr. Flowers, Ms. Brown, and Ms. Fakunle enrolled in UPS My Choice. Nonetheless, for the reasons set forth in our papers, *see* Pls' Opp'n to Def.'s Mot. to Dismiss and Compel Arbitration, Dkt. 22-7 at 16-20, enrollment in UPS My Choice does not foreclose litigation of race discrimination claims, which are outside the scope of the UPS My Choice arbitration clause. Accordingly, Defendant's motion to compel arbitration should be denied.

Respectfully submitted,

O. Andrew F. Wilson
Diane L. Houk
Laura S. Kokotailo

cc.    All counsel of record