# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
VASUDHA TALLA
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG

CLAIRE Z. ABBADI
ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
BIANCA HERLITZ-FERGUSON
LAURA S. KOKOTAILO
SONYA LEVITOVA
HAFSA S. MANSOOR
SANA MAYAT
ADAM NASSER
DANIEL A. PEÑA
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

February 4, 2026

**By ECF**

Magistrate Judge Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re: Flowers v. United Parcel Service, Inc.*, 24-cv-07086

Dear Judge Marutollo:

    Together with Vladeck, Raskin & Clark, we represent Plaintiffs in the above-captioned case. We write jointly with counsel for Defendant United Parcel Service ("UPS") to advise the Court that the parties do not presently consent to magistrate judge jurisdiction. Should the parties reach a settlement agreement, however, the parties would be amenable to revisiting magistrate judge jurisdiction for the purposes of settlement approval.

        Respectfully submitted,

        O. Andrew F. Wilson
        Diane L. Houk
        Laura S. Kokotailo

cc.  All counsel of record