**IIIORRISON FOERSTER**

250 WEST 55TH STREET
NEW YORK
NEW YORK  10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BERLIN, BOSTON, BRUSSELS,
DENVER, HONG KONG, LONDON, LOS
ANGELES, MIAMI, NEW YORK, PALO
ALTO, SAN DIEGO, SAN FRANCISCO,
SHANGHAI, SINGAPORE, TOKYO,
WASHINGTON, D.C.

June 22, 2026

Writer's Direct Contact
+1 (212) 336-4257
jkaufman@mofo.com

*Via ECF*

Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   ***Flowers, et al. v. United Parcel Service, Inc.*, 1:24-cv-7086 (E.D.N.Y.)**

Dear Judge Vitaliano:

We write on behalf of Defendant United Parcel Service, Inc. ("UPS").  Pursuant to Section III.D. of Your Honor's Individual Motion Practice and Rules, and Judge Marutollo's March 20, 2026 Minute Order, UPS notifies the Court that it has filed the following documents in connection with its fully briefed Renewed Motion to Compel Arbitration and to Dismiss the Amended Complaint (the "Renewed Motion"):

- UPS's Notice of the Renewed Motion;

- UPS's Memorandum of Law in Support of the Renewed Motion,

- Declaration of Glenn King in Support of UPS's Motion to Compel Arbitration and to Dismiss the Amended Complaint, including Exhibits A to C attached thereto;

- Declaration of Shalin Shah in Support of UPS's Motion to Compel Arbitration;

- Proposed Order Granting the Renewed Motion;

- Plaintiffs' Memorandum of Law in Opposition to the Renewed Motion;

- UPS's Reply Brief in Support of the Renewed Motion; and

Honorable Eric N. Vitaliano
June 22, 2026
Page Two

- UPS's Motion for Leave to Electronically File Documents Under Seal, the Declaration of Shalin Shah in Support of UPS's Motion to Seal, and Exhibits A to F attached thereto.

We appreciate the Court's attention to this matter.

Respectfully yours,

Jessica Kaufman

cc:     The Honorable Joseph A. Marutollo
        All counsel of record